UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ROLPH,<br><br>Plaintiff,<br><br>v.<br><br>HOBART AND WILLIAM SMITH COLLEGES,<br><br>Defendant. | CIVIL NO. 6:16-cv-06515<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Matthew Rolph and Defendant Hobart and William Smith Colleges hereby stipulate to the dismissal of all claims in this matter WITH PREJUDICE, each side to bear its own costs.

Respectfully submitted,

FOR PLAINTIFF:

/s/ Joshua Engel
Catherine H. Josh, Esq. ((5025036)
45 Exchange Boulevard, Suite 915
Rochester, NY 14614
585-423-1974
585-325-6075 (fax)
chjesq@gmail.com

Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

1

FOR DEFENDANT

/s/ Michael E. Baughman, Esq.
Michael E. Baughman, Esquire
baughmam@pepperlaw.com
Hedya Aryani, Esquire
(pro hac vice)
aryanih@pepperlaw.com
PEPPER HAMILTON LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on October 29, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system:

/s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)

**SO ORDERED**

**ELIZABETH A. WOLFORD**
**United States District Judge**
**Dated October 30, 2018**

2